# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARC PEREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CALIFORNIA PHYSICIAN'S SERVICE SHORT TERM DISABILITY AND LONG TERM DISABILITY COVERAGE FOR ALL FULL-TIME EMPLOYEES,<br><br>    Defendants. | Case No. 14-CV-04143-VC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE DISPOSITIVE MOTION HEARING AND RELATED DATES |

The Court, having reviewed the Stipulation to Continue Dispositive Motion Hearing and Related Dates between Plaintiff John Marc Perez and Defendant The Prudential Insurance Company of America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The deadline for the completion of mediation is continued to May 12, 2015;

2. The deadline for discovery cut-off is continued to June 8, 2015;

3. The deadline for opening dispositive motions is continued to July 24, 2015; and

4. The dispositive motion hearing is continued to November 19, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 9, 2015                    _____
                                        Hon. Vince Chhabria
                                        United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

142355.1

2

Case No.  14-CV-04143-VC
[PROPOSED] ORDER GRANTING
STIPULATION TO CONTINUE DISPOSITIVE
MOTION HEARING AND RELATED DATES