# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARC PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CALIFORNIA PHYSICIAN'S SERVICE SHORT TERM DISABILITY AND LONG TERM DISABILITY COVERAGE FOR ALL FULL-TIME EMPLOYEES,<br><br>    Defendants. | Case No. 14-CV-04143-VC<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |

The Court, having reviewed the Stipulation to Dismiss the Entire Case with Prejudice between Plaintiff John Marc Perez and Defendant The Prudential Insurance Company of America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action, Case No. 14-CV-04143-VC, is dismissed in its entirety as to all defendants, with prejudice; and

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

143763.1

1

Case No. 14-CV-04143-VC
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE

2. Each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: June   4   , 2015

_____
Hon. Vince Chhabria
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

143763.1

2

Case No. 14-CV-04143-VC
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE